AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America | |
| v. | |
| Robert Villa, | |
| Defendant | |

LODGED
CLERK, U.S. DISTRICT COURT

12/15/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

Case No.          2:21-mj-05651-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on a date unknown and continuing to on or about March 29, 2021, in the county of Los Angeles in

the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Merrilee Goodwin, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   December 15, 2021, 3:44 p.m.          _____
*Judge's signature*

City and state:   Los Angeles, California          Hon. Maria A. Audero, U.S. Magistrate Judge
*Printed name and title*

AUSA: El-Amamy x0552

## **AFFIDAVIT**

I, Merrilee Goodwin, being duly sworn, declare and state as follows:

## I.   **INTRODUCTION**

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI").  I have been a Special Agent with the FBI since 1998.  I am currently assigned to a Domestic Terrorism Squad of the Los Angeles Field Office, where I primarily investigate people who commit violent criminal acts in furtherance of their political or social ideology, and investigate threats associated with the nefarious use of chemical, biological, radiological, nuclear, and explosive materials.  In this capacity, I investigate federal crimes pertaining to terrorism and have gained experience in cyber-based matters including those involving dark web markets.  As a result, I am familiar with the methods used by criminals in furtherance of their criminal activities in both the virtual and physical worlds, and I have received both formal and informal training from the FBI and other institutions regarding cyber and computer crime investigations and review of digital devices.  As a Special Agent, I completed the FBI Academy in Quantico, Virginia, and received training to include the fundamentals of law, ethics, interviewing, report writing, firearms, surveillance, defensive tactics, and case management.  I have also received training regarding the methods of operations of individuals who distribute drugs.

## II. **PURPOSE OF AFFIDAVIT**

2.     This affidavit is made in support of a criminal complaint against, and arrest warrant for, Robert VILLA ("VILLA") for violations of Title 21, United States Code, Section 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin (the "Subject Offense").

3.     The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, with typographical errors in the original, and all dates and times are approximate.

## III. **STATEMENT OF PROBABLE CAUSE**

4.     On May 4, 2021, the Honorable Alka Sagar, United States Magistrate Judge, issued a warrant in Case Number 21-MJ-02179 (C.D. Cal.), authorizing the search of facebook.com/profile.php?id=100038135032041, which is a Facebook account belonging to Michael Saffar ("Saffar"), to search for evidence, contraband, fruits, or instrumentalities of criminal violations of 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances); and 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances).

5.   On June 3, 2021, the Honorable Karen L. Stevenson, United States Magistrate Judge, issued a warrant in Case Number 21-MJ-02692 (C.D. Cal.), authorizing the search of facebook.com/profile.php?id=100001424514722, which is a Facebook account belonging to VILLA, to search for evidence, contraband, fruits, or instrumentalities of criminal violations of 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances); and 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances).

6.   On May 13, 2020, Saffar possessed approximately 453.19 grams of methamphetamine, 206.23 grams of a mixture or substance containing a detectable amount of heroin, and 35.1 grams of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") in a vehicle that he was driving in Canoga Park, California. Saffar is charged with 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and (b)(1)(B)(i): Possession with Intent to Distribute Methamphetamine and Heroin in United States v. Saffar, CR No. 21-00557-DSF in connection with this conduct.

7.   Based on my review of VILLA and Saffar's Facebook communications, I am aware that VILLA has used his Facebook account in order to request that Saffar supply him with drugs, including heroin and methamphetamine, for VILLA to re-distribute to drug customers.  I am also aware that VILLA uses the word "black" to refer to heroin, and "clear" to refer to methamphetamine in his Facebook communications.

8.    Based on my review of the contents of VILLA and Saffar's Facebook accounts, I am aware of the following:

1.    <u>May 8, 2020 Facebook Communication</u>

a.    On May 8, 2020, VILLA and Facebook user T.C. engaged in the following Facebook message exchange:

VILLA:  Hey

T.C.:   Hey what's up rob just saw your msg.  Are you around right now I'd like to c u if possible

VILLA:  I'm going to go pick up some clear right now I already got black and blues so I'll be back in about an hour and you can definitely come see me on in Chatsworth

b.    Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, VILLA informed a drug customer, Facebook user T.C., that VILLA had heroin, or "black," available to distribute and that VILLA was going to pick up methamphetamine, or "clear," from a source of supply.  I believe that T.C. was going to meet VILLA in Chatsworth, California in order to obtain the drugs.

2.    <u>June 13, 2020 Facebook Communication</u>

a.    On June 13, 2020, VILLA and Facebook user T.C. engaged in the following Facebook message exchange:

VILLA:  Hey I have 8 zips of clear

T.C.:   Ok let me check my funds real quick.

T.C.:   Hey I think I'm going to get 1 I will get back to u when I'm on my way should be in about 30 min u going to b awake?

      VILLA:  Yes

      b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, VILLA informed a drug customer, Facebook user T.C., that VILLA had eight ounces, or "zips," of methamphetamine, or "clear," to sell.  I believe that T.C. informed VILLA that he would purchase one of the ounces of methamphetamine and told VILLA that he would meet VILLA to obtain the drugs.

      3.   <u>July 8, 2020 Facebook Communication</u>

      a.   On July 8, 2020, VILLA and Saffar engaged in the following Facebook message exchange:

      VILLA:  Hey

      VILLA:  Yo

      Saffar:  Hey

      Saffar:  Yo

      Saffar:  Blk for 550

      b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, Saffar informed VILLA that Saffar had a quantity of heroin, or "black," available to supply to VILLA for $550.

      4.   <u>July 11, 2020 Facebook Communication</u>

      a.   On July 11, 2020, VILLA and Saffar engaged in the following Facebook message exchange:

      VILLA:  Yo

      VILLA:  You around bro

        VILLA:   Lmk bro

        Saffar:   What ya need

        VILLA:   1 b 2c 6g f

        Saffar:   I got it all but the first

        VILLA:   Ok

        VILLA:   U out and about or do I go to same pla e?

        Saffar:   Same spot

        VILLA:   Ok

        VILLA then sent Saffar a thumbs up emoji

        VILLA:   Omw

        Saffar then sent Saffar a thumbs up emoji

    b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, VILLA informed Saffar that he needed to obtain drugs from Saffar, including one unit of heroin, or "b," or "black," and two units of methamphetamine, or "c," or "clear." I believe that Saffar informed Villa that he did not presently have heroin to supply VILLA with and told VILLA the location where VILLA could meet with Saffar to obtain drugs.

    5.   <u>July 12, 2020 Facebook Communication</u>

    a.   On July 12, 2020, VILLA and Saffar engaged in the following Facebook message exchange:

        VILLA:   Hey

        Saffar:   What's up

        VILLA:   I need everything

        VILLA:   B c z

        VILLA:   What up ? Should I roll through?

Saffar:  No blk yet

Saffar:  Come Thru

VILLA:  Ok thank you

b.    Based on my training, experience, and knowledge
of the investigation, I believe that, during this Facebook
message exchange, VILLA informed Saffar that VILLA needed to
obtain multiple types of drugs from Saffar, including heroin, or
"b," or "black," and methamphetamine, or "c," or "clear."  I
believe that Saffar instructed VILLA to meet with him in order
to obtain the drugs, but informed VILLA that Saffar did not
presently have heroin to supply.

6.    <u>August 11, 2020 Facebook Communication</u>

a.    On August 11, 2020, VILLA and Saffar engaged in
the following Facebook message exchange:

Saffar:  Scratch that.....no blk til morning

VILLA:  Oh shit

VILLA:  I'm here can u let me in

VILLA:  I' m Here

Saffar:  No blk

Saffar:  Which elevator

Saffar:  Very lil blk

VILLA:  Can I get clear and pay.  You back

Saffar:  Which elevator

VILLA:  Back eke

Saffar:  Priceless gonna let u in

VILLA:  Ok

b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, VILLA informed Saffar that he had arrived at the location where Saffar was located in order to obtain drugs. I believe that Saffar informed VILLA that Saffar had only a small amount of heroin, or "black."  I also believe that VILLA asked if he could obtain a quantity of methamphetamine, or "clear," from Saffar, and pay Saffar later for the methamphetamine.  Finally, I believe that an individual with a moniker "Priceless" would meet VILLA at the elevator and lead VILLA to Saffar's location.

7.   August 18, 2020 Facebook Communication

a.   On August 18, 2020, VILLA and Facebook user M.T. engaged in the following Facebook message exchange:

M.T.:   Hey.  Do you have any black?

VILLA:  Yes r u out ?

M.T.:   Pretty much

VILLA:  Ok I'll come by

M.T.:   Ok

b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, M.T., who is a drug customer, asked to purchase heroin, or "black," from VILLA and VILLA agreed to supply M.T. with heroin.

8.   October 5, 2020 Facebook Communication

a.   On October 5, 2020, VILLA and Facebook user M.T. engaged in the following Facebook message exchange:

8

> M.T.:  Hey I need to get some black from you. I've
> got $190 on me right now.  I'm @ the Mikado hotel in
> North Hollywood
>
> VILLA:  Ok
>
> M.T.:  Can you come here?
>
> VILLA:  I ok I just got my stuff
>
> M.T.:  Ok

b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, M.T., who is a drug customer, asked to purchase heroin, or "black," from VILLA and VILLA agreed to supply M.T. with heroin.

9.   December 12, 2020 Facebook Communication

a.   On December 12, 2020, VILLA and Saffar engaged in the following Facebook message exchange:

> VILLA:  Yo
>
> Saffar:  Hey
>
> VILLA:  Can I meet up I just need b
>
> Saffar then sent VILLA a thumbs up emoji
>
> Saffar:  Anza hotel
>
> VILLA:  Ok
>
> VILLA:  I'll let you know when I'm there

b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, VILLA asked Saffar if VILLA could meet with Saffar in order to obtain heroin, or "b," meaning "black," from Saffar.  I believe that when Saffar sent a thumbs up emoji, he

indicated that he had heroin available to distribute to VILLA and directed VILLA to come to the Anza hotel in order to obtain the heroin.

      10.  <u>January 9, 2021 Facebook Communication</u>

      a.  On January 9, 2021, VILLA and Saffar engaged in the following Facebook message exchange:

          VILLA:  Hey are you still at the Anza

          Saffar:  Yes

          VILLA:  I'm Coming now cool

          VILLA:  Yo

          VILLA:  I'm here

          Saffar:  Bring a scale up

          Saffar:  220

          VILLA:  Ok

      b.  Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, VILLA asked Saffar if he could meet with Saffar at the Anza hotel.  I believe that Saffar agreed to meet with VILLA, and instructed VILLA to bring a scale in order to weigh drugs that I believe VILLA was going to obtain from Saffar on that date.

      11.  <u>January 22, 2021 Facebook Communication</u>

      a.  On January 22, 2021, VILLA and Facebook user C.D. engaged in the following Facebook message exchange:

          C.D.:  Do you have bomb black

          VILLA:  Yes.  How much u need

          C.D.:  Probably 2 how much.  2 pieces.  Price?

>           VILLA:   1200
>
>           C.D.:    OK hold on.  To much he said he'll wait
>
>           VILLA:   Ok

    b.    Based on my training, experience, and knowledge
of the investigation, I believe that, during this Facebook
message exchange, a drug customer, C.D., asked VILLA if he had
two ounces, or "pieces," of high quality heroin, or "bomb
black."  I believe VILLA stated that he had two ounces of heroin
to sell at a price of $1,200, however, C.D. informed VILLA that
the price was too high.

    12.   <u>March 29, 2021 Facebook Communication</u>

    a.    On March 29, 2021, VILLA and Saffar engaged in
the following Facebook message exchange:

>           VILLA:   Yo
>
>           VILLA:   Hey
>
>           VILLA:   U asleep
>
>           VILLA:   I just woke up
>
>           VILLA:   Ok
>
>           VILLA:   Lmk when I can roll through
>
>           VILLA:   Lmk when I can roll through
>
>           Saffar:  Hey
>
>           Saffar:  Come thru
>
>           Saffar:  Alright ty
>
>           VILLA:   3830
>
>           VILLA:   Hey I need to see you again plus
>
>           VILLA:   I only got 6 b
>
>           VILLA:   Yo

b.    Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, VILLA asked Saffar if VILLA could meet with Saffar because VILLA only had six units of "b," or heroin to distribute to customers.  I believe, based on my training, experience, and knowledge of the investigation, that VILLA wanted to meet with Saffar in order to obtain more heroin to distribute.

## IV. CONCLUSION

9.    For the reasons described above, I respectfully submit there is probable cause to issue the requested criminal complaint and arrest warrant.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __15__ day of
December, 2021 at 3:44 P.M.

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE