# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>3) ROBERT VILLA,<br>    Defendant. | 21-CR-557 DSF<br><br>ORDER RE BRIEFING ON MOTION FOR REDUCTION OF SENTENCE |

    The government is ordered to file an opposition or notice of non-opposition to Defendant's motion, dkt. no. 292, no later than September 16, 2024. Defendant may file a reply no later than October 21, 2024.

    IT IS SO ORDERED.

Date: august 12, 2024

                                                    Dale S. Fischer<br>                                                    United States District Judge