# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>3) ROBERT VILLA,<br>    Defendant. | CR 21-557 DSF<br><br>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE (Dkt. 292) |

    The motion is denied for the reasons stated in the government's opposition.[1]

    IT IS SO ORDERED.

Date: November 1, 2024

                                        Dale S. Fischer
                                        United States District Judge

---

[1] Because there is no merit to the motion, the request to appoint counsel is also denied.